UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR FLORES SALAS,

    Defendants.

No. CR16-0236JLR

ORDER TO SEAL

The court, having considered the defense motion to seal Defendant's Acceptance of Responsibility and good cause having been shown, hereby orders that said pleading shall be sealed.

DATED this 22ND day of August, 2017

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

PROPOSED ORDER TO SEAL- 1
Case No. CR 16-151RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422